AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Frank, Eric L. | 2. Court or Organization<br><br>ED Pa - Bankruptcy Court | 3. Date of Report<br><br>10/30/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse
900 Market Street - Room 201
Philadelphia, PA 19107

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Author | Collier on Bankruptcy (bankruptcy treatise) (published by Matthew Bender & Co./Lexis Nexis) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Consumer Bankruptcy Attorneys | April 15-17, 2011 | Washington, D.C. | legal education | transportation and hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AIT - money market | A | Dividend | | | Redeemed | 5/1/11 | J | | |
| 2. | | | | | | | | | |
| 3. AIT - mutual fund | A | Dividend | | | Redeemed | 5/1/11 | K | | |
| 4. | | | | | | | | | |
| 5. AXA Financial, Inc | A | Dividend | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. Conestoga Bank - f/k/a First Penn Bank - CD | A | Interest | J | T | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. COMMONWEALTH ANNUITY - aggregate disclosure | D | Int./Div. | L | T | | | | | |
| 12. ------ Alliance Bernstein Growth and Income | | | | | | | | | |
| 13. ------ Alliance Bernstein Large Cap Growth | | | | | | | | | |
| 14. ------- Fidelity VIP Equity Income | | | | | | | | | |
| 15. ------ GS VIT Capital Growth | | | | | | | | | |
| 16. ------ GS VIT Core Fixed Income | | | | | | | | | |
| 17. ------ GS VIT Equity Index | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. ------ GS VIT International Equity | | | | | | | | | |
| 19. -------- GS VIT Money Market | | | | | | | | | |
| 20. ------- Janus Aspen Large Cap Growth | | | | | | | | | |
| 21. ------ T. Row Price International - common stock | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. Equity Income Fund Units First S&P 500 Index Ser Tech | A | Dividend | J | T | | | | | |
| 24. | | | | | | | | | |
| 25. Fairview, PA Area - municipal bond | A | Interest | J | T | | | | | |
| 26. | | | | | | | | | |
| 27. Fidelity 403(b) Account - aggregate disclosure | D | Int./Div. | M | T | | | | | |
| 28. ------ Fidelity Equity Income Fund - mutual fund | | | | | | | | | |
| 29. ------- Fidelity Cash Reserves - moneymarket | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. Conestoga Bank - Acc't #1 ▨ (X) | A | Interest | J | T | | | | | |
| 32. Conestoga Bank - Acc't #2 ▨ (X) | A | Interest | | | Closed | 7/15/11 | J | | |
| 33. | | | | | | | | | |
| 34. ING Prime Rate Trust Fund | A | Dividend | | | Closed | 3/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ING Annuity (aggregate disclosure) | A | Int./Div. | J | T | | | | | |
| 36. ------ ING Franklin Income | | | | | | | | | |
| 37. ------ Mutual Shares Securities | | | | | | | | | |
| 38. ------- ING Templeton Global Growth Portfolio | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. RBC Wealth Mgt Acc't #1 ▢ | A | Int./Div. | J | T | | | | | |
| 41. ------First Eagle Sog Glob-mut. fund | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. RBC Wealth Mgt Acc't #2 ▢ | E | Int./Div. | L | T | | | | | |
| 44. ------ State Pub Sch Bldg Auth - mun. bond | | | | | | | | | |
| 45. ------ Stroud Twp Swr Auth - mun. bond | | | | | | | | | |
| 46. ------ Pa St Tpke Commn bond | | | | | Buy | 4/14/11 | J | | |
| 47. ------ money market (RBC investor class) (X) | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. RBC Wealth Mgt Acc't #3 ▢ | A | Int./Div. | L | T | | | | | |
| 50. ------ Vanguard Money Market | | | | | | | | | |
| 51. ------ Stroud Twp Swr Auth - mun. bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ----- First Eagle Global Fund Cl C | | | | | | | | | |
| 53. ----- Franklin Templeton Founding Funds Alloc Class C | | | | | | | | | |
| 54. | | | | | | | | | |
| 55. Zurich Adv. III - ▨▨▨ TSA | A | Int./Div. | K | T | | | | | |
| 56. | | | | | | | | | |
| 57. Learning Quest 529 - Very Conservative - ACC'T #1 | A | Dividend | L | T | | | | | |
| 58. Learning Quest 529 - Short-Term - ACC'T #2 | A | Dividend | K | T | | | | | |
| 59. | | | | | | | | | |
| 60. OPPENHEIMER ACC'T #1 ▨▨ | | | | | | | | | |
| 61. ------ PNC Money Market | A | Dividend | K | T | | | | | |
| 62. ------ Allied Irish Bank - common stock | A | Dividend | J | T | | | | | |
| 63. ------ American International Group - common stock | A | Dividend | J | T | Sold (part) | 1/8/11 | J | A | |
| 64. ------ American International Group - common stock | A | Dividend | J | T | Sold (part) | 12/27/11 | J | A | |
| 65. ------ AT&T, Inc - common stock | A | Dividend | J | T | | | | | |
| 66. ------ Black Rock mutual funds (see Part VIII) | A | Dividend | | | Sold | 11/4/11 | J | A | |
| 67. ------Boeing Co. - common stock | B | Dividend | L | T | | | | | |
| 68. ------ Cellcyte Genetics | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ------Comcast Corp. - common stock | A | Dividend | J | T | | | | | |
| 70. ------ ConocoPhillips - common stock | A | Dividend | K | T | | | | | |
| 71. ------ Corning - common stock | A | Dividend | J | T | | | | | |
| 72. ------- DuPont El de Nemours - common stock | A | Dividend | K | T | | | | | |
| 73. ------ Nexterra - common stock - see Part VIII | A | Dividend | J | T | | | | | |
| 74. ------ Medco Health Solutions - common stock | A | Dividend | J | T | | | | | |
| 75. ------ Merck & Co. - common stock | A | Dividend | J | T | | | | | |
| 76. ------ Microsoft - common stock | A | Dividend | J | T | | | | | |
| 77. ------ Monsanto Co. - common stock | A | Dividend | J | T | | | | | |
| 78. ------ Nextera Energy - common stock | A | Dividend | J | T | | | | | |
| 79. ------ Pepco Holdings - common stock | A | Dividend | J | T | | | | | |
| 80. ------ Pfizer, Inc. - common stock | A | Dividend | J | T | | | | | |
| 81. ------ Progress Energy - common stock | A | Dividend | J | T | | | | | |
| 82. ------- Public Storage - common stock | A | Dividend | K | T | | | | | |
| 83. --- WesternAset/Clymre US Tr Inf - mut. fund - see Part VIII | A | Dividend | K | T | | | | | |
| 84. ------- Van Kampen PA Value Mun Income - mutual fund | A | Dividend | J | T | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. OPPENHEIMER ACC'T #2 | | | | | | | | | |
| 87. ------ Advantage Primary Liquid Fund (money market) | A | Int./Div. | K | T | | | | | |
| 88. ------ Eaton Vance Ltd - common stock | A | Dividend | J | T | | | | | |
| 89. ------ Master Asset Tr - bond | A | Interest | J | T | | | | | |
| 90. ------ Cohen & Steers Quality Rlty Fd | A | Int./Div. | K | T | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. OPPENHEIMER ACC'T # 3 | | | | | | | | | |
| 94. ------ Advantage Primary Liquid Fund (money market) | A | Int./Div. | K | T | | | | | |
| 95. ------ FNMA REMIC Trust | A | Int./Div. | J | T | | | | | |
| 96. | | | | | | | | | |
| 97. OPPENHEIMER ACC'T # 4 | | | | | | | | | |
| 98. ------ Advantage Primary Liquid Fund (money market) | A | Int./Div. | K | T | | | | | |
| 99. Pine-Richland Sch Dist Pa (municipal bond) | A | Interest | | | Redeemed | 9/1/11 | K | B | |
| 100. | | | | | | | | | |
| 101. OPPENHEIMER ACC'T #5 | | | | | | | | | |
| 102. ----- Advantage Primary Liquid Fund (money market) | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/30/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ----- Alpine Global Premier PPTYS Fd - mut fund | A | Dividend | K | T | | | | | |
| 104. CBRE Clarion Global R.E. - mutual fund - see Part VIII | A | Dividend | J | T | | | | | |
| 105. ----- Cohen & Steers Quality Rlty Fd - mutual fund | A | Dividend | J | T | | | | | |
| 106. ----- Cohen & Steers Infrastructure - mutual fund | A | Dividend | K | T | | | | | |
| 107. ------ Eaton Vance Senior Income Trust Fund - mutual fund | A | Dividend | J | T | | | | | |
| 108. ------ Eaton Vance Ltd Dur, Inc. - common stock | B | Dividend | J | T | | | | | |
| 109. ------ Global Income Fund - mutual fund | A | Dividend | J | T | | | | | |
| 110. ----- Western Aset Clym Infl Opp In - mutual fund | A | Dividend | K | T | | | | | |
| 111. ----- Loral Space & Comm. - common stock | A | Dividend | J | T | | | | | |
| 112. ----- CenturyLink, Inc. - common stock | A | Dividend | | T | Buy | 3/18/11 | J | | |
| 113. ------ Hershey - common stock | A | Dividend | J | T | | | | | |
| 114. ------ H&Q Life Sciences Invs. | A | Dividend | | | Sold | 4/18/11 | K | B | |
| 115. ----- ING Clarion Glb Re Est Incm Fd - mut fund | A | Distribution | J | T | | | | | |
| 116. ----- Mastr Asset _____ - gov't bond | A | Interest | J | T | | | | | |
| 117. ------ Loral Space & Communications Ltd - common stock | A | Dividend | J | T | | | | | |
| 118. ------ Pfizer - common stock | A | Dividend | J | T | | | | | |
| 119. ------- Wausau Paper Corp. - common stock | A | Dividend | K | T | Buy | 6/22/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. PAL Capital Income IA | A | Dividend | J | T | | | | | |
| 122. | | | | | | | | | |
| 123. PNC Bank - checking & savings accounts | A | Interest | J | T | | | | | |
| 124. | | | | | | | | | |
| 125. Nexterra (formerly Puget Sound Energy), Inc. - common stock | A | Dividend | J | T | | | | | |
| 126. | | | | | | | | | |
| 127. Republic First Bank - CD | A | Interest | J | T | | | | | |
| 128. | | | | | | | | | |
| 129. Stiffel Nicolaus - Account #1 | | | | | | | | | |
| 130. ----- Greensburg Salem PA Sch Dist bond | A | Interest | J | T | | | | | |
| 131. ----- Pa St. Tpk Cmmn Oil Franchise Tax Rev bond | A | Interest | J | T | Buy | 4/25/11 | J | | |
| 132. ----- Allegh Cty Pa Ser bond | A | Interest | J | T | Buy | 7/27/11 | J | | |
| 133. | | | | | | | | | |
| 134. Stiffel Nicolaus - Account #2 | | | | | | | | | |
| 135. ------- money market (X) | A | Int./Div. | J | T | | | | | |
| 136. ------ Exeter Twp Pa Sch Dist bond | A | Interest | J | T | Buy | 6/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ------ Marple Newtown Pa Sch Dist bond | A | Interest | J | T | Buy | 8/8/11 | J | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. Seneca Valley, PA - municipal bond | A | Interest | J | T | | | | | |
| 141. | | | | | | | | | |
| 142. T. Rowe Price International mutual fund - See Part VIII | D | Dividend | J | T | | | | | |
| 143. | | | | | | | | | |
| 144. TRUST #1 - AGGREGATE OWNERSHIP | D | Int./Div. | M | T | | | | | |
| 145. ------Schwab Money Market Fund | | | | | | | | | |
| 146. ------ Schwab Cash Reserves | | | | | | | | | |
| 147. ------ American International Group - common stock | | | | | Sold | 3/14/11 | J | A | |
| 148. ------ Apache Corp. - common stock | | | | | | | | | |
| 149. ------ Belden CDT, Inc. - common stock | | | | | Sold | 2/16/11 | J | A | |
| 150. ------ Boeing Co. - common stock | | | | | | | | | |
| 151. ------ Campbell Soup Co. - common stock | | | | | Sold | 01/18/11 | J | A | |
| 152. ------ Colgate-Palmolive Co. - common stock | | | | | | | | | |
| 153. -------Cooper Industries | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  ----- Disney, Walt - common stock | | | | | | | | | |
| 155.  ------Du Pont - common stock | | | | | | | | | |
| 156.  ------ Exxon Mobil Corp. - common stock | | | | | | | | | |
| 157.  ------ Fed Ex Corp. - common stock | | | | | | | | | |
| 158.  ------ FMC Technologies - common stock | | | | | | | | | |
| 159.  ------ GlaxoSmithKline - - common stock | | | | | | | | | |
| 160.  ------ HJ Heinz Co. - common stock | | | | | | | | | |
| 161.  ------ Home Depot, Inc. - common stock | | | | | | | | | |
| 162.  ------ Lab Corp America Holdg | | | | | | | | | |
| 163.  ------ Pepsico, Inc. - common stock | | | | | | | | | |
| 164.  ------ Proctor & Gamble - common stock | | | | | | | | | |
| 165.  ------ Sally Beauty Holdings - common stock | | | | | | | | | |
| 166.  ------ Shaw Group - common stock | | | | | | | | | |
| 167.  ------South Jersey Inds., Inc. - common stock | | | | | | | | | |
| 168.  ------ Southern Co. - common stock | | | | | | | | | |
| 169.  ----- Stryker Corp. - common stock | | | | | | | | | |
| 170.  ------ Under Armour, Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 10/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ----- Verizon Communications - common stock | | | | | | | | | |
| 172. ------ Wash Real Est Inv Trust SBI REIT | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. T. Rowe Price - brokerage account - aggregate disclosure | A | Int./Div. | L | T | | | | | |
| 175. ------ T. Rowe Price European St - mut. fund | | | | | | | | | |
| 176. ------ T. Rowe Price Small Cap - mut. fund | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. US Treasury securities | A | Interest | J | T | | | | | |
| 179. | | | | | | | | | |
| 180. Van Eck Global Fund | A | Dividend | J | T | | | | | |
| 181. | | | | | | | | | |
| 182. Vanguard Money Market Funds | A | Dividend | J | T | | | | | |
| 183. | | | | | | | | | |
| 184. Wells Fargo - sav; checking; and Roth IRA; see Part VIII | A | Int./Div. | J | T | | | | | |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Investments & Trusts - Line 66 - there are 3 Black Rock mutual funds: (a) Income Tr Inc Closed End; (b) Pa Strategic Mun Tr Tax Free Com; (c) Muniyield Pa Qlty Fd Tax Free Com.

2. Investments & Trusts - Line 83 - Nexterra was formerly known as FPL and was disclosed as such on prior disclosures.

3. Investments & Trusts - Line 83 - In 2011 disclosure, this asset was disclosed incorrectly as common stock. It is a mutual fund.

4. Investments & Trusts - Line 104 - CBRE Clarion Global was inadvertently omitted from prior disclosures. The investment was purchased on 5/6/09.

4. Investments & Trusts - Line 141- In 2011 disclosure, this asset was disclosed incorrectly as common stock. It is a mutual fund.

5. Investments & Trusts - Line 184 - Wells Fargo is successor to Wachovia.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eric L. Frank**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544